FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 11 2024

BY _Sm_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00223 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| KNYKHOLAS LANE | ) | 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about November 19, 2024, in the Middle District of Tennessee, the defendant, **KNYKHOLAS LANE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model M&P 9 Shield EZ, 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*[signature]*

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY